UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| William Burt Hartwick, | File No. 24-cv-2877 (ECT/DLM) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| B. Eischens, *Warden, FPC Duluth*, and US Bureau of Prisons, | |
| Defendants. | |

---

Magistrate Judge Douglas L. Micko issued a Report and Recommendation on August 26, 2024. ECF No. 5. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 5] is **ACCEPTED**; and

2. The action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 30, 2024           s/ Eric C. Tostrud
                                    Eric C. Tostrud
                                    United States District Court